IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM O SPIVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: **3:10-cv-00689-JPG -PMF** |
| ) | |
| SEAN FURLOW, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

This matter has been referred to United States Magistrate Judge Philip M. Frazier from United States District Judge J. Phil Gilbert pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and SDIL-LR 72.1(a) for a Report and Recommendation.

Before the Court are Plaintiff Spivey's motions for restraining orders (Docs. 45, 46), wherein Spivey requests that the Court enter an order prohibiting Menard Correctional Center ("Menard") and Menard mailroom employees from tampering with his prison mail. Neither Menard or Menard mailroom employees are parties in this case. The only remaining Defendant appears to be a prison guard. Spivey has not provided facts in his motions that would warrant binding by restraining order persons other than actual parties in this lawsuit. *See* FED. R. CIV. P. 65(d)(2). Therefore, the Court cannot grant the requested injunctive relief. It is **RECOMMENDED** that Spivey's motions for restraining orders (Docs. 45, 46) be **DENIED**.

SO RECOMMENDED.

DATED: **May 25, 2011.**

*/s/ Philip M. Frazier*
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE