IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM O SPIVEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: **3:10-cv-00689-JPG -PMF** |
| SEAN FURLOW, *et al.*, | ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

This matter has been referred to United States Magistrate Judge Philip M. Frazier from United States District Judge J. Phil Gilbert pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and SDIL-LR 72.1(a) for a Report and Recommendation.

Before the Court are Plaintiff Spivey's motions for restraining orders (Remainder of Doc. 50,[1] Doc. 53), wherein Spivey repeats his requests for emergency restraining orders against Menard Correctional Center employees, who are not defendants in this case. The Court has previously denied at least seven similar motions by Spivey (*See* Docs. 36, 47, 55), and the reasoning of those Orders remains valid. Because the Court cannot grant the requested injunctive relief, it is **RECOMMENDED** that Spivey's motions for restraining orders (Part of Doc. 50, Doc. 53) be **DENIED**.

The pro se plaintiff is further **ADVISED** to limit his motion practice to only motions that are necessary and relevant to litigating his remaining claim against defendant Turley. Failure to do so could result in a Court-imposed restriction on his motion practice. *See Hairston v. Cole*,

---

[1] Part of Doc. 50 was partially granted on July 8, 2011. Doc. 56. This Report and Recommendation, if adopted, would dispose of the remainder of the motion.

1

2010 WL 520199 (S.D.Ill. 2010) (enjoining pro se plaintiff from filing motions without written permission from the Court due to plaintiff's excessive an repetitive motion practice).  Spivey is further **DIRECTED** to review Federal Rule of Civil Procedure 11(b), a copy of which is attached hereto.  Failure to limit motion practice to only those motions necessary and relevant to litigating the remaining claim against defendant Turley could result in sanctions. *See* FED. R. CIV. P. 11(b)-(c).

    **SO RECOMMENDED.**

    **DATED: July 8, 2011.**

*/s/ Philip M. Frazier*
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE