IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM O. SPIVEY,

    Plaintiff,

v.

SEAN FURLOW, *et al.*,

    Defendants.

Case No. 3:10-cv-00689

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**DATED: May 14, 2012**      NANCY J. ROSENSTENGEL, Clerk of Court


                                              **By: s/Brenda K. Lowe, Deputy Clerk**


**Approved:**     **s./ J. Phil Gilbert**
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**