IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM O. SPIVEY,

                    Plaintiff,

          v.                                    Case No. 3:10-cv-00689

SEAN FURLOW, *et al.,*

                    Defendants.

**JUDGMENT**

          This matter having come before the Court, the issues having been heard, and the Court

having rendered a decision,

          IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice

and without costs.

**DATED: May 14, 2012**                    **NANCY J. ROSENSTENGEL, Clerk of Court**


                                        **By: s/Brenda K. Lowe, Deputy Clerk**




**Approved:     s./ J. Phil Gilbert**
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**