IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM O. SPIVEY,

    Plaintiff,

vs.

SEAN FURLOW, *et. al.*,

    Defendants.

Case No. 10-cv-689-JPG

## ORDER

This matter is before the Court on plaintiff William O. Spivey's motion (Doc. 132) wherein he asks the Court to provide him with the amount he owes this Court for filing fees. The Court **GRANTS** Spivey's motion (Doc. 132) to the extent it provides him with the following information for the fees owed to the Southern District of Illinois for filing fees:

| Case Number | Outstanding Fees |
|---|---|
| 10-cv-925 | $350.00 |
| 10-cv-727 | $350.00 |
| 10-cv-816 | $350.00 |
| 10-cv-688 | $350.00 |
| 10-cv-689 | $350.00 |
| 10-cv-984 | $350.00 |
| 10-cv-1037 | $350.00 |
| 10-cv-893 | $350.00 |
| 11-cv-99 | $350.00 |
| 11-cv-327 | $350.00 |
| 10-cv-389 (Appeal 12-2646) | $455.00 |
| 13-cv-276 (Appeal 13-2271) | $455.00 |
| **TOTAL:** | **$4,410.00** |

**IT IS SO ORDERED.**

**DATED:** December 5, 2013

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**